1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CV 08 No. 2260

12                  Plaintiff,

13     v.                              **COMPLAINT**
                                       (Student Loan\Debt Collection Case)
14 GEOFFREY W. RAWLINGS aka
   GEOFFREY RAWLINGS aka
15 GEOFFREY WILLIAM RAWLINGS ,

16                  Defendant(s).
   _____/
17

18     Plaintiff, through its attorney, alleges:

19     1.  <u>Jurisdiction:</u> The Court has jurisdiction of this action under 28 U.S.C. Section 1345.

20     2.  Defendant resides in the Northern District of California.

21                         **FIRST CAUSE OF ACTION**

22     3.  Defendant owes plaintiff $8,453.29, plus additional interest and costs according to the

23 Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit A.

24                         **SECOND CAUSE OF ACTION**

25     4.  Defendant owes plaintiff $13,279.44, plus additional interest and costs according to

26 the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit B.

27                         **THIRD CAUSE OF ACTION**

28     5.  Defendant owes plaintiff $11,966.40, plus additional interest and costs according

1  to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit C.

## FOURTH CAUSE OF ACTION

6. Defendant owes plaintiff $ 16,791.98, plus additional interest and costs according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit D.

WHEREFORE, plaintiff demands judgment against defendant for the sum of $50,491.11, additional interest to the date of judgment, attorney's fees in the amount of 33% of the debt, and court costs.

Date: April 24, 2008

LAW OFFICE OF MICHAEL COSENTINO
By: MICHAEL COSENTINO
Attorney for the Plaintiff
United States of America

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

> Geoffrey W. Rawlings
> aka Geoffrey Rawlings
> aka Geoffrey William Rawlings
> 3155 Salisbury Dr
> Santa Cruz, CA 95065
> SSN:         -9991

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 10/04/06.

On or about 07/29/91, the borrower executed promissory note(s) to secure loan(s) of $7,500.00, from Norwest Bank at a variable rate of interest to be established annually by the Department of Education. This loan obligation was guaranteed by Great Lakes Higher Education Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 06/01/97, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $9,406.58 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 CFR 682.410(b)(2), the guarantor charged the borrower interest on the total amount paid to the holder. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 10/10/02, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $51.69 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $8,453.29 |
| Interest: | $6,468.92 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 10/04/06: | $14,922.21 |

Interest accrues on the principal shown here at the current rate of rate of 10.00% and a daily rate of $2.32 through June 30, 2007, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 10/19/06

Name: Linda Faentisle
Title: Loan Analyst

**EXHIBIT A**

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

> Geoffrey W. Rawlings
> aka Geoffrey Rawlings
> aka Geoffrey William Rawlings
> 3155 Salisbury Dr
> Santa Cruz, CA 95065
> SSN:           -9991

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 10/04/06.

On or about 07/27/93, the borrower executed promissory note(s) to secure loan(s) of $10,000.00, from Norwest Bank at a variable rate of interest to be established annually by the Department of Education. This loan obligation was guaranteed by Great Lakes Higher Education Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 05/01/97, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $16,558.88 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 CFR 682.410(b)(2), the guarantor charged the borrower interest on the total amount paid to the holder. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 10/10/02, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $75.65 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $13,279.44 |
| Interest: | $8,519.14 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 10/04/06: | $21,798.58 |

Interest accrues on the principal shown here at the current rate of rate of 8.34% and a daily rate of $3.03 through June 30, 2007, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 10/19/06

Name: [signature]
Title:   Loan Analyst

EXHIBIT B

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

>Geoffrey W. Rawlings
>aka Geoffrey Rawlings
>aka Geoffrey William Rawlings
>3155 Salisbury Dr
>Santa Cruz, CA 95065
>SSN            9991

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 10/04/06.

On or about 07/20/92, and 07/29/91, the borrower executed promissory note(s) to secure loan(s) of $4,000.00, and $4,000.00, from Norwest Bank at a variable rate of interest to be established annually by the Department of Education. This loan obligation was guaranteed by Great Lakes Higher Education Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 05/01/97, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $15,932.80 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 CFR 682.410(b)(2), the guarantor charged the borrower interest on the total amount paid to the holder. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 10/10/02, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $83.78 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $11,966.40 |
| Interest: | $7,848.27 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 10/04/06: | $19,814.67 |

Interest accrues on the principal shown here at the current rate of rate of 8.49% and a daily rate of $2.78 through June 30, 2007, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 10/19/06        Name: _____
                             Title: Loan Analyst

**EXHIBIT C**

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Geoffrey W. Rawlings
aka Geoffrey Rawlings
aka Geoffrey William Rawlings
3155 Salisbury Dr
Santa Cruz, CA 95065
SSN:          -9991

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 10/04/06.

On or about 07/29/93, and 07/20/92, the borrower executed promissory note(s) to secure loan(s) of $7,500.00, and $7,500.00, from Norwest Bank at a variable rate of interest to be established annually by the Department of Education. This loan obligation was guaranteed by Great Lakes Higher Education Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 05/01/97, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $18,583.96 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 CFR 682.410(b)(2), the guarantor charged the borrower interest on the total amount paid to the holder. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 10/10/02, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $102.68 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $16,791.98 |
| Interest: | $12,850.24 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 10/04/06: | $29,642.22 |

Interest accrues on the principal shown here at the current rate of rate of 10.00% and a daily rate of $4.60 through June 30, 2007, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 10/19/06           Name: [signature]
                                 Title:   Loan Analyst

EXHIBIT D