|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

Plaintiff,

v.

GEOFFREY W. RAWLINGS aka
GEOFFREY RAWLINGS aka
GEOFFREY WILLIAM RAWLINGS,
Defendant(s).

SUMMONS IN A CIVIL ACTION

Case Number:

**CV 08    2260**

E-filing    SLM

TO: (Name and Address of Defendant)

> GEOFFREY W. RAWLINGS
> aka GEOFFREY RAWLINGS
> aka GEOFFREY WILLIAM RAWLINGS
> 3155 Salisbury Drive
> Santa Cruz, CA 95065

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O.Box 129, Alameda, CA 94501

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING
CLERK

_5-8-08_
DATE

BY DEPUTY CLERK    GLORIA ACEVEDO