| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Michael Cosentino, Attorney at Law<br>P.O. Box 129<br>Alameda, CA 94501<br>E-MAIL<br>ATTORNEY FOR (Name): | Telephone<br><br>FAX | **FILED**<br>JUN 2 4 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |
| **United States District Court**<br>STREET ADDRESS: Northern District Of Calif.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: , CA<br>BRANCH NAME: | | |
| PLAINTIFF: United States of America | | CASE NUMBER.<br>CV 08 2260 SLM |
| DEFENDANT: Geoffrey W. Rawlings, etc. | | |
| **PROOF OF SERVICE** | | FILE NUMBER<br>2008023917 |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the:
   f. other (specify documents): **Summons and Complaint**
3. a. Party served: **Geoffrey W. Rawlings aka Geoffrey Rawlings aka Geoffrey William Rawlings**

4. Address where party was served: **3155 Salisbury Drive**
   **Santa Cruz, CA 95065**

5. I served the party
   b. by substituted service. On: 6/6/2008 at: 8:05 PM I left documents listed in item 2 with or in the presence of Kim Bejma, Fiance:

   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

7. Person who served papers:
   a. Name: **R. McKinley**
   b. Address: **Santa Cruz County Sheriff 701 Ocean St., Rm. 340 Santa Cruz, CA 95060**
   c. Telephone number: **(831) 454-2170**
   d. The fee for service was: **$30.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: June 12, 2008

_CM O'Reilly_
Sheriff's Authorized Agent
Steve Robbins, Sheriff-Coroner

Hearing: <No Information>

Judicial Council form POS-010     Original     26386

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Michael Cosentino, Attorney at Law<br>P.O. Box 129<br>Alameda, CA 94501<br>E-MAIL<br>ATTORNEY FOR (Name): | Telephone<br><br>FAX | |

| United States District Court | |
|---|---|
| STREET ADDRESS: | Northern District Of Calif. |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | CA |
| BRANCH NAME: | |

| PLAINTIFF: | United States of America | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | Geoffrey W. Rawlings, etc. | CV 08 2260 SLM |
| **DECLARATION OF DILIGENCE** | | FILE NUMBER<br>2008023917 |

**Declaration of attempts to personally serve: Geoffrey W. Rawlings aka Geoffrey Rawlings aka Geoffrey William Rawlings**

1st: Date/Time: 5/30/2008 8:15 PM    Deputy: R. McKinley
    Addr: 3155 Salisbury Drive Santa Cruz CA 95065
2nd: Date/Time: 5/30/2008 9:30 PM    Deputy: R. McKinley
    Addr: 3155 Salisbury Drive Santa Cruz CA 95065
3rd: Date/Time: 6/3/2008 12:45 PM    Deputy: D. Deverell, Deputy
    Addr: 3155 Salisbury Drive Santa Cruz CA 95065
4th: Date/Time: 6/6/2008 8:05 PM    Deputy: R. McKinley
    Addr: 3155 Salisbury Drive Santa Cruz CA 95065

June 12, 2008                                Original                                26386