]

GEOFFREY W. RAWLINGS
3155 SALISBURY DRIVE
SANTA CRUZ, CA 95065
TEL: 831-359-5000



THE UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

V.

GEOFFREY W. RAWLINGS,

    Defendant.

_____/

Case No.  CV 08 2260 SLM

ANSWER

**ANSWER OF DEFENDANT, GEOFFREY W. RAWLINGS**
**TO COMPLAINT OF THE UNITED STATES OF AMERICA**

Defendant hereby answers the United States of America's April 30, 2008 Complaint as follows:

1. Defendant stipulates to Jurisdiction in the Northern District of California.

**FIRST CAUSE OF ACTION**

2. Defendant generally denies all the allegations contained in Plaintiff's First Cause of Action.

**SECOND CAUSE OF ACTION**

3. Defendant generally denies all the allegations contained in Plaintiff's Second Cause of Action.

**THIRD CAUSE OF ACTION**

4. Defendant generally denies all the allegations contained in Plaintiff's Third Cause of Action.

**FOURTH CAUSE OF ACTION**

5. Defendant generally denies all the allegations contained in Plaintiff's Fourth Cause of Action.

Respectfully submitted,

DATE: 7-30-08

_____
GEOFFREY W. RAWLINGS

CERTIFICATE OF SERVICE

I, Geoffrey W. Rawlings, hereby certify that on July 30, 2008, I caused a copy of my Answer to the United States of America's complaint to be served upon the following person by First Class mail, and facsimile.    G on 8/1/08

MICHAEL COSENTINO, ESQ.
ATTORNEY AT LAW
P.O. BOX 129
ALAMEDA, CA 94501
FAX: 510-747-1640

DATE: 7-30-08

_____
GEOFFREY W. RAWLINGS