## Notice of Reference to Magistrate Judge

Case No.: _08-2260 SLM_   Requesting CRD __GLORIA ACEVEDO__

Case Name: _United States_ v _Geoffrey W. Rawlings_

Pltf Atty: _Michael Cosentino_   Ph. _____

Deft Atty: _Pro Per_

FILED
AUG 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Reference:

    X Debt Collection

_Answer_

8-11-08