**United States District Court**
For the Northern District of California

1

2

3

4                               UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,                    No. C08-2260 SLM

8           Plaintiff,

9       v.
                                                 **ORDER SETTING CASE**
10  GEOFFREY W. RAWLINGS, etc.,                   **MANAGEMENT CONFERENCE**
                                                 **(Student Loan Case)**
11          Defendant.
                                        /
12

13

14          TO ALL PARTIES AND COUNSEL OF RECORD:

15          The above matter having been assigned to the Honorable Edward M. Chen for trial and all

16  further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a

17  **Case Management Conference shall be held in this case on November 19, 2008** , at **1:30 p.m.** in

18  Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

19  **However, the parties are required to appear in court at 1:00 p.m., 30 minutes prior to the Case**

20  **Management Conference, to discuss the case with one another including disclosure of relevant**

21  **information and any possibilities for settlement.**

22          The parties shall appear in person or through lead trial counsel and shall be prepared to

23  discuss all items referred to in Civil L.R. 16-10.  Pursuant to Civil Local Rule 16-9, the parties shall

24  meet and confer and file a joint case management statement and proposed order no later than

25  **November 12, 2008.**  If any party is proceeding without counsel, separate statements may be filed

26  by each party.

27          A signed consent to the jurisdiction of the Magistrate Judge must be filed by both parties

28  before consideration of the merits or any motion filed by either party.  Accordingly, the parties are

**United States District Court**
For the Northern District of California

1  instructed to sign and return the one of the enclosed forms no later than **September 3, 2008**,

2  indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter.

3      In addition, the parties are **ORDERED** to follow the procedures set forth below:

4      1. Within **twenty (20) days** of the date of this order, Plaintiff shall mail to Defendant an

5  accounting and a copy of any documents supporting Plaintiff's claims.

6      2. Within **forty (40) days** of the date of this order, defendant shall mail to plaintiff a copy of

7  any documents which defendant claims prove payment of all or part of the loan or otherwise excuse

8  defendant's failure to pay the loan.

9      3. Within **sixty (60) days** of the date of this order the parties shall meet in person or by

10 telephone to discuss the documents they have exchanged and possible settlement of this dispute.

11      All documents filed with the Clerk of the Court shall list the civil case number followed only

12 by the initials "**EMC**."  One copy shall be clearly marked as a chambers copy.

13

14      IT IS SO ORDERED.

15

16 Dated:  August 19, 2008      _____
                               EDWARD M. CHEN
17                             United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

2