| | |
|---|---|
| 1 | MICHAEL COSENTINO SBN 83253 |
| | ATTORNEY AT LAW |
| 2 | PO BOX 129 |
| | ALAMEDA, CA 94501 |
| 3 | TELEPHONE: 510-523-4702 |
| 4 | ATTORNEY FOR PLAINTIFF, |
| | UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                         Case No. CV 08 2260 EMC

        Plaintiff,

   v.

GEOFFREY W. RAWLINGS,

        Defendant.
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: AUGUST 20, 2008

S/S
_____
MICHAEL COSENTINO
Counsel for: UNITED STATES