UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>GEOFFREY W. RAWLINGS, etc.,<br><br>        Defendant.<br>_____/ | No. C08-2260 SLM<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed its Complaint on April 30, 2008, Defendant answered the complaint on August 4, 2008. A Case Management Conference was held on November 19 ,2008. Plaintiff counsel has represented to the Court that he has not heard from Plaintiff recently. The Court issued an order on August 19, 2008 setting the case management conference for November 19, 2008. The order which commanded the appearance of the parties or their lead counsel was sent to Defendant's last known address. The mailing was not returned. Defendant did not appear at the Case Management Conference in contravention of this Court's order.

IT IS, THEREFORE, ORDERED THAT:

Defendant shall appear on **December 3, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen, 450 Golden Gate Avenue, 15th Floor, Courtroom C, San Francisco, CA 94102 to show cause why he should not be held in contempt for failure to appear at the Case Management Conference on November 19, 2008.

IT IS SO ORDERED.

Dated: November 20, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEOFFREY W. RAWLINGS,

    Defendant.
_____/

Case Number: CV08-02260 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Geoffrey W Rawlings
3155 Salisbury Drive
Santa Cruz, CA 95065

Geoffrey W Rawlings
Law Office of Geoffrey W. Rawlings
255 N. Market St., Suite 265
San Jose, CA 95110

Dated: November 20, 2008

Richard W. Wieking, Clerk
By: Betty Fong, Deputy Clerk

2