```
 1  GEOFFREY W. RAWLINGS
    3155 SALISBURY DRIVE
 2  SANTA CRUZ, CA 95065
    (831) 359-5000
 3
    IN PRO PER
 4
```

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: CV08-2260M EMC |
| Plaintiff, | |
| v. | **JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT** ; ORDER |
| GEOFFREY W. RAWLINGS, | |
| Defendant. | |

The parties submit this updated Case Status:

1. <u>A brief description of the events underlying the action:</u>
   Six student loans totaling approximately $97,308.41 as of February 25, 2009.

2. <u>Update:</u>
   **Plaintiff:** On December 4, 2009, counsel for plaintiff mailed defendant Financial Statement forms to be filled out and submitted to counsel for plaintiff along with a

1

1  settlement offer; defendant has not returned the
2  completed Financial Statement:
3  **Defendant:** Defendant received the Financial Statement
4  forms to be filled out and returned to plaintiff's
5  counsel. The financial statement form requires income
6  verification. The necessary documents for income
7  verification are not in defendant's possession. The
8  documents have been ordered and defendant is currently
9  awaiting receipt of the in order to return the completed
10 forms to plaintiff's counsel and to thereafter discuss
11 settlement.
12 **Proposal:** Set matter for further Case Management
13 Conference in 90 days with a deadline for Defendant
14 sending plaintiff the completed financial statements
15 within 60 days to allow plaintiff counsel to review with
16 his client and settlement discussions to take place
17 between plaintiff and defendant before the next Case
18 Management Conference.

DATED: 2/20/09

MICHAEL COSTENTINO, ESQ.
COUNSEL FOR PLAINTIFF

DATED: 2-20-09

JEFFREY W. RAWLINGS, DEFENDANT

IT IS SO ORDERED that the Status Conference is reset from 2/25/09 at 2:30 p.m. to 6/3/09 at 2:30 p.m. An updated joint status conference statement shall be filed by 5/27/09.

Edward M. Chen, U. S. Magistrate Judge

2