**MICHAEL COSENTINO, SBN 83253**
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>GEOFFREY W. RAWLINGS,<br>                Defendant, | Case No. CV08-2260M EMC<br><br>**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT**  ; ORDER RESETTING CMC<br><br>Date : October 7, 2009<br>Time : 2:30 P.M.<br>Place: Telephone appearances<br>        Court will initiate calls |

**The above entitled parties submit this UPDATE of Case Management Status:**

**1. A brief description of the events underlying the action:** Six student loans as of June 30, 2009, totaling approximately $103,200.00.

**2. Update:**   the parties are continuing negotiations**.** Notwithstanding that much time has already gone into these negotiations, the parties still believe that the matter is subject to settlement.  Accordingly, the parties request a continued (again) CMC, 4 to 6 weeks hence.

Dated: October 6, 2009          /s/
                     M. Cosentino, Counsel for plaintiff, U.S.A.

Dated: October 6, 2009          /s/
                     Geoffrey W. Rawlings, defendant

IT IS SO ORDERED that the telephonic CMC is reset from 10/7/09 to 11/17/09 at 2:30 p.m.  An updated joint CMC statement shall be filed by 11/10/09.

_____
Edward M. Chen, U.S. Magistrate Judge