**MICHAEL COSENTINO, SBN 83253**
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>v.<br><br>GEOFFREY W. RAWLINGS,<br><br>                 Defendant, | Case No. CV08-2260M EMC<br><br>**ORDER EXTENDING TIME TO COMPLETE MEDIATION AND SETTING FURTHER STATUS CONFERENCE** |

A case management conference in the above entitled matter having been held January 6, 2010, Michael Cosentino appearing on behalf of the plaintiff, United States of America, there being no appearance by defendant, Geoffrey W. Rawlings, the request of plaintiff's counsel to extend the time to complete mediation having been considered, the matter having been submitted and good cause therefor,

THE COURT ORDERS THAT

1. the time to complete mediation be and hereby is extended to February 15, 2010, and

2. a telephonic status conference is set for April 7, 2010, at 2:30 P.M. and

3. an updated joint status conference statement shall be filed by March 31, 2010.

Dated: 1/14/10

_____
EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED