MICHAEL COSENTINO, SBN 83253
ATTORNEY AT LAW
P.O. Box 129
Alameda, CA  94501
Telephone: (510) 523-4702
Fax: 510-747-1640

Attorney for Plaintiff,
United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CV08-02260 EMC |
| Plaintiff, | |
| v. | CONSENT JUDGMENT |
| GEOFFREY W. RAWLINGS, | |
| Defendant. | |

    The above entitled plaintiff having filed its complaint herein, and the above entitled defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

    1. This Court has jurisdiction over the subject matter of this litigation and over the parties to the Consent Judgment. The Complaint herein states a claim upon which relief can be granted. The defendant hereby acknowledges and accepts service of the complaint filed herein.

    2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. It is understood that any appeal from a judgment entered by a magistrate judge will be taken

1 | directly to the Ninth Circuit of the United States Court of Appeals in the same manner as
2 | an appeal from any other judgment of a District Court..

3 | 3. Judgment shall be in favor of plaintiff, United States of America, and against
4 | defendant, GEOFFREY W. RAWLINGS, in the sum of \$100,000.00.

5 | 4. The judgment will be satisfied upon defendant paying to plaintiff \$65,000.00 at
6 | 0.00 % interest per annum as follows:

7 | \$250.00 per month commencing February 1, 2010, and continuing monthly
8 | thereafter through the May 1, 2010, payment, each payment being due on the first day
9 | of each month and late on the 10th day of each month.

10 | Concurrently, on or April 15 of each year that this judgment remains unsatified,
11 | plaintiff shall mail a Financial Statement of Debtor form to defendant, where after
12 | defendant shall fill out, date, sign and return the completed Financial Statement and
13 | provide a copy of his last filed federal income tax return to plaintiff's counsel of record by
14 | May 10th of each year that this judgment remains unsatisfied.

15 | Thereafter, the parties shall determine a monthly payment for the following year,
16 | commencing with the June 1st payment; in the event the parties disagree on a monthly
17 | payment amount, either party may request a hearing before the court, or contact the
18 | mediator, Lynne M. Higgs, Attorney at Law, and request assistance to reach agreement
19 | on the payment amount.

20 | 5. Defendant shall be allowed a total of 3 missed payments—upon a fourth missed
21 | payment, defendant will be in breach of this agreement where immediately thereafter the
22 | full balance due on the \$100,000.00 judgment shall be due and payable, with interest
23 | upon the balance due pursuant to 28 U.S.C. § 1961(a) and (b) commencing on the date
24 | of breach of this agreement. Breach under the terms of this consent judgment will entitle
25 | the United States of America to execute on this judgment without further notice to the
26 | judgment debtor.

27 | 6. All payments shall bear the defendant's name and CDCS # 2007A63403 and
28 | ///

1  be made payable to the United States Department of Justice (USDOJ) and mailed to:

2  U. S. Department of Justice
   Nationwide Central Intake Facility
3  P. O. Box 70932
   Charlotte, NC  28272-0932

4
5      7. An Abstract of Judgment in the amount of $100,000.00 shall be recorded with

6  the Recorder's Office of the County of residence of the judgment debtor; plaintiff may also

7  record or file similar documents elsewhere.

8      8. In the event the terms of this consent judgment are breached by defendant

9  thereby allowing interest to apply to the balance due, the judgment debtor has the right

10 of prepayment of this debt without penalty, and the interest charged will only be

11 calculated to the date of final payment.

12     9. Upon a change in address of record for the defendant, defendant shall report

13 his new address to the court and to counsel for plaintiff.

14     10. Plaintiff shall provide information explaining how Rawlings can set up

15 monthly payments to USDOJ to be directly deducted from his account.

16 Dated: February 17, 2010

17                                          LYNDA FAATALALE,
18                                          Loan Analyst for Plaintiff,
                                            United States of America
19

20 Dated: February 17, 2010

21                                          MICHAEL COSENTINO
                                            Counsel for plaintiff

22     I have read the foregoing, I understand and agree to the terms, and I

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Consent Judgment; CAND Case Number _CV-02260EMC U.S. v. RAWLINGS                  Page 3

sign this agreement as a free and voluntary act.

Dated: February 16, 2010_____

_____
GEOFFREY W. RAWLINGS
Defendant and Judgment Debtor

APPROVED AND SO ORDERED THIS ___4th___ DAY OF ____March____, 2010.

The Clerk of the Court is DIRECTED to close the file in the action.

EDWARD M. CHEN, UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED

Judge Edward M. Chen